UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.   25-cr- |
| | : | 25-mj-191 |
| v. | : | |
| | : | |
| CHRISTIAN MALIK WHITE, | : | VIOLATION: |
| | : | 18 U.S.C. § 922(g)(1) (Unlawful |
| | : | Possession of a Firearm and Ammunition |
| Defendant | : | by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |
| | : | |
| | : | Forfeiture Allegation: |
| | : | (18 U.S.C. §§ 924(d) and 28 U.S.C. |
| | : | § 2461(c) |

## INFORMATION

### COUNT ONE

On or about August 29, 2025, within the District of Columbia, Christian Malik White, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District Court for the Eastern District of Virginia, Criminal Case No. 19-CR-157; and the Circuit Court for Charles County Maryland, Docket Number C-08-CR-18-000983, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 19 Gen4 Austria 9mm semi-automatic pistol, and 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### FORFEITURE ALLEGATION

Upon conviction of the offenses alleged above, Christian Malik White shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States

1

Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

    a.    a Glock 19 Gen4 Austria 9mm semi-automatic pistol;

    b.    9mm ammunition; and

    c.    a black 24-round extended magazine, and a black 15-round magazine.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

        Respectfully Submitted

        JEANINE FERRIS PIRRO
        United States Attorney


By:   */s/ Tejpal Chawla*
        Tejpal S. Chawla
        Assistant United States Attorney
        D.C. Bar Number 464012
        National Security Section
        601 D Street NW
        5th Floor
        Washington, D.C. 20530
        202-252-7280 (Chawla)
        Tejpal.Chawla@usdoj.gov